```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     WESTERN DIVISION
```

UNITED STATES OF AMERICA

VS.                              CRIMINAL NO. 5:07-cr-7(DCB)(LRA)
                                 CIVIL NO. 5:10-cv-34(DCB)

KEVIN DEWAYNE WILLIAMS

<u>ORDER</u>

This cause is before the Court on the petitioner Kevin Dewayne Williams' motion to strike his prior counsel's "affidavit" **(docket entry 46)**. The petitioner's motion was originally filed as part of his reply to the government's response to Williams' § 2255 motion to vacate, but petitioner's counsel did not file the motion as a separate pleading and the government did not file a response. The Court shall therefore require the government to respond to the motion. Accordingly,

IT IS HEREBY ORDERED that the government file a response to the petitioner's Motion to Strike within the normal time from the date of entry of the motion as a separate pleading.

SO ORDERED, this the 14th day of January, 2011.


                                 <u>/s/ David Bramlette     </u>
                                 UNITED STATES DISTRICT JUDGE